CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BLAKE MARINE GROUP, INC.,                     :
                                              :
                                              :
                       Plaintiff,             :        **08-CV-6600**
                                              :
            v.                                :
                                              :
TUBBS MARINE AND ENERGY, LTD.,                :
                                              :
                                              :
                       Defendant.             :
------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
## TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and
Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain
Process of Maritime Attachment and Garnishment in the captioned matter dated July 25,
2008, and served upon Garnishee Societe Generale New York Branch on July 28, 2008,
and on various dates thereafter through the date of this report, Garnishee Societe
Generale New York Branch hereby states that on such dates of service, it was not
indebted to the defendant(s) and did not otherwise have in its possession any property,

tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the

defendant(s), including monies being electronically transferred by, to or for the benefit of

the defendant(s).

Dated: North Bergen, New Jersey
       August 20, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

                          By:      _____
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201
                                   Email: reisert@navlaw.com


TO:    CLERK OF THE COURT

       HOLLAND & KNIGHT, LLP (Via Email)
       Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )


     John M. Driscoll, being duly sworn, deposes and says as follows:

     I am the Director of Litigation and Regulatory Affairs for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 08-CV-6600 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.


                                          _____
                                           John M. Driscoll

Sworn to before me on
August 20, 2008.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138688
Qualified in New York County
Commission Expires December 27, 2009