```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
BLAKE MARINE GROUP, INC.                  :    08 CIV. 6600 (DLC)
                                          :
                Plaintiff,                :         ORDER
                                          :
        -v-                               :
                                          :
TUBBS MARINE AND ENERGY, LTD. and TUG     :
COASTAL SUN, LLC,                         :
                                          :
                Defendants.               :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09

DENISE COTE, District Judge:

The above-captioned matter having been reassigned to this Court's docket, it is hereby

ORDERED that a pretrial conference is scheduled for **July 22, 2009** at **10 a.m.** in Courtroom 11B, 500 Pearl Street.

Dated:   New York, New York
         July 15, 2009

                                    _____
                                          DENISE COTE
                                    United States District Judge