UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BLAKE MARINE GROUP, INC.                :        08 CIV. 6600 (DLC)
                                        :
                    Plaintiff,          :            ORDER
                                        :
        -v-                             :
                                        :
TUBBS MARINE AND ENERGY, LTD. and TUG   :
COASTAL SUN, LLC,                       :
                                        :
                    Defendants.         :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

DENISE COTE, District Judge:

        It is hereby

        ORDERED that the parties are to contact the chambers of

Magistrate Judge Freeman by July 30, 2009, in order to pursue

settlement discussions under her supervision the week of August

3, 2009.

        SO ORDERED:

Dated:      New York, New York
            July 29, 2009

                            _____
                                      DENISE COTE
                            United States District Judge