```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
BLAKE MARINE GROUP, INC,                   :
                          Plaintiff,       :
                                           :        08 Civ. 6600 (DLC)
              -v-                          :
                                           :             ORDER
TUBBS MARINE AND ENERGY, LTD. and TUG      :
COASTAL SUN, LLC,                          :
                          Defendants.      :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

DENISE COTE, District Judge:

For the reasons stated on the record at a conference with the parties held on August 20, 2009, it is hereby

ORDERED that defendant Tubbs Marine and Energy, Ltd.'s June 5, 2009 motion to disqualify counsel for plaintiff is denied.

IT IS FURTHER ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. All fact discovery must be completed by January 29, 2010.

2. The parties' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by February 12, 2010.

3. All expert discovery must be completed by March 12, 2010.

4. The Joint Pretrial Order must be filed by April 9, 2010.

As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, but not filed, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

Counsel will provide the Court with two (2) courtesy copies of all these documents at the time they are served, as well as one set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

    SO ORDERED:

Dated:    New York, New York
          August 20, 2009

                            DENISE COTE
                        United States District Judge